**Order entered October 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00967-CV

**SHORE CHAN DEPUMPO LLP AND EDWARD MANDEL, Appellants**

**V.**

**STEVEN W. THRASHER D/B/A THRASHER ASSOCIATES, L.L.C., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10549**

## ORDER

Before the Court is appellants' emergency motion to extend time to file out of time letter

brief. We **GRANT** the motion and deem the letter brief attached to the motion as timely filed.

We **ORDER** that appellee's time to file a response is extended to October 27, 2015.

/s/ ROBERT M. FILLMORE
   PRESIDING JUSTICE